# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-1038

_____

Robert Allan Cornell

*Plaintiff - Appellant*

v.

Karen Anderson; Jana Hacker; Harbans Deol; John Baldwin; James McKinney;
Dawn Fulton; Michael Kane; Edward O'Brien, MD; Dian Wilder; Robin Bagby;
Kristine Weitzell

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: November 13, 2018
Filed: November 26, 2018
[Unpublished]

_____

Before COLLOTON, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Iowa inmate Robert Allan Cornell appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Viewing the record in a light most favorable to Cornell, and drawing all reasonable inferences from it in his favor, we find that summary judgment was warranted. See Cullor v. Baldwin, 830 F.3d 830, 836 (8th Cir. 2016) (de novo review; to prove deliberate indifference, inmate must show that defendants knew of, but deliberately disregarded, serious medical need). The judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Stephanie M. Rose, United States District Judge for the Southern District of Iowa.